*Randal S. Mashburn* (signature)
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 7/1/2019



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-03258 |
| RUBEN B. PRUITT, JR. ) | Chapter 7 |
| ) | Judge Randal S. Mashburn |
| Debtor. ) | |
| ) | |
| ASCEND FEDERAL CREDIT UNION, ) | Relief from stay to collect debt and |
| ) | enforce lien |
| Secured Claimant ) | |

Affected Collateral: 2010 Dodge Ram truck, VIN: 3D7UT2CL2AG175573

## AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

Comes Ascend Federal Credit Union, the Secured Claimant, and RUBEN B. PRUITT, JR, the debtor, by and through their respective counsel, and having advised the Court that the debtor does not wish to redeem or reaffirm any indebtedness of $21,816.10 which he disputes to said Secured Claimant on the Affected Collateral or to have the automatic stay apply to him regarding Ascend Federal Credit Union, that said Secured Claimant has a valid security interest in said Affected Collateral, that the debtor has no equity therein, that EVA MARIE LEMEH, the Trustee, joins herein to abandon her interest therein, and that the Trustee is relieved of the requirements of giving notice of this abandonment, as the abandonment relates to the property of the estate. L.B.R. 4001-1(e) is not applicable.

IT IS SO ORDERED AND ADJUDGED AS FOLLOWS:

(1) The automatic stay imposed under 11 U.S.C. § 362 is terminated with respect to debtor, the Secured Claimant and its Affected Collateral;

(2) The Trustee abandons the Affected Collateral as burdensome or of inconsequential value to the estate pursuant to 11 U.S.C. § 554 and L.B.R. 6007-1(b). This paragraph is not effective unless the Trustee has approved this order for entry below.

(3) Any objection to this agreed order must be filed within 14 days of the entry of this order.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

*Eva Marie Lemeh, Trustee with permission by Shearon Hales*

EVA MARIE LEMEH, TRUSTEE
4300 Kings Lane
Nashville, TN 37218
(615) 876-4862
elemehtrustee@comcast.net


/s/ Shearon W. Hales
ASCEND FEDERAL CREDIT UNION
Shearon W. Hales, License #011184
Attorney for Creditor
P.O. Box 1210
Tullahoma, TN 37388
(931) 454-1188
bankruptcy@ascendfcu.org


/s/ Henry E. Hildebrand, IV
Henry E. ("Ned") Hildebrand, IV
DUNHAM HILDEBRAND, PLLC
2416 21st Avenue, Suite 303
Nashville, TN 37212
615.933.5851
ned@dhnashville.com
*Counsel for the Debtor*

2

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have forwarded a true and exact copy of the foregoing to Eva Marie Lemeh, Chapter 7 Trustee [elemehtrustee@comcast.net]; to Henry E. Hildebrand, IV, attorney for the debtor [ned@dhnashville.com]; to the U. S. Trustee's Office [ustpregion08.na.ecf@usdoj.gov]; by placing the same in the U. S. Mail, postage pre-paid, or via electronic notification via the court's CM/ECF system on June 29, 2019.

/s/ Shearon W. Hales
Shearon W. Hales

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.